```
 1  JOSEPH SCHLESINGER, #87692
    Acting Federal Defender
 2  ANGELES ZARAGOZA, #270198
    Assistant Federal Defender
 3  801 I Street, 3rd Floor
    Sacramento, California 95814
 4  Telephone: (916) 498-5700

 5  Attorney for Defendant
    FRANKLIN HERNANDEZ-HERNANDEZ
 6
```

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | ) | NO. 2:13-CR-0132-JAM |
| --- | --- | --- |
| Plaintiff, | ) | **STIPULATION AND ORDER CONTINUING STATUS CONFERENCE AND EXCLUDING TIME** |
| v. | ) | |
| FRANKLIN HERNANDEZ-HERNANDEZ | ) | DATE: June 18, 2013 |
| | ) | TIME: 9:45 a.m. |
| Defendant. | ) | JUDGE: Hon. John F. Mendez |
| _____ | ) | |

FRANKLIN HERNANDEZ-HERNANDEZ by and through his counsel, ANGELES ZARAGOZA, Assistant Federal Defender and NIRAV DESAI, Assistant United States Attorney, hereby agree that the status conference set for May 14, 2013, be continued to June 18, 2013, at 9:45 a.m.

This continuance is being requested because defense counsel requires additional time to receive and review several of the defendant's prior convictions that have been ordered by defense counsel. These priors may affect the defendant's criminal history.

Counsel, along with the defendant, agree that the time from May 14, 2013 through June 18, 2013, should be excluded in computing the time within which trial must commence under the Speedy Trial Act, §§3161(h)(7)(A)and(B)(iv) and Local Code T4, [reasonable time to prepare] and that the ends of justice served by this continuance

outweigh the best interests of the public and the defendants in a speedy trial.

DATED: May 3, 2013            Respectfully submitted,

                              JOSEPH SCHLESINGER
                              Acting Federal Defender

                              /S/ Angeles Zaragoza
                              ANGELES ZARAGOZA
                              Assistant Federal Defender
                              Attorney for Defendant
                              FRANKLIN HERNANDEZ-HERNANDEZ


DATE: May 3, 2013             BENJAMIN B. WAGNER
                              United States Attorney


                              /S/ Angeles Zaragoza for
                              NIRAV DESAI
                              Assistant United States Attorney




**O R D E R**

IT IS HEREBY ORDERED that this matter is continued to June 18, 2013, at 9:45 a.m., for further Status Conference.

IT IS FURTHER ORDERED that pursuant to 18 U.S.C. §3161 (h)(7)(B)(iv) and Local Code T4, the period from May 14, 2013 up to and including June 18, 2013, is excluded from the time computations required by the Speedy Trial Act due to ongoing preparation of counsel, and that the ends of justice served by this continuance outweigh the best interests of the public and the defendants in a speedy trial.

Dated: 5/3/2013               /s/ John A. Mendez
                              JOHN A. MENDEZ
                              United States District Court Judge